COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Larry Joseph McKithern
Louisiana State Prison DOC No. 120352
Camp D Falcon 3
Angola LA 70712

**REHEARING ACTION: December 19, 2012**

**Docket Number: 12   01151-KH**

**STATE OF LOUISIANA
VERSUS
LARRY JOSEPH MCKITHERN**

**Writ Application from Calcasieu Parish Case No. 25391-09, 3678-11**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Elizabeth A. Pickett
Hon. James T. Genovese
Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Joseph McKithern** has this day been

    **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent